EAP:eap
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 22-mj-357 JFD |
| v. | |
| RACHELLE ANN RAAB | FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(d)(2) AND L.R. 39.1(c)(1)(G) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)     RACHELLE ANN RAAB,

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

COUNT 1 — Production of Child Pornography

On or about February 11, 2022, in the State and District of Minnesota and elsewhere, defendant Rachelle Ann Raab attempted to and did knowingly employ, use, persuade, induce, entice, and coerce a minor child under the age of 12 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT 2 — Distribution of Child Pornography

On or about February 11, 2022, in the State and District of Minnesota and elsewhere, defendant Rachelle Ann Raab knowingly distributed a visual depiction, to wit, an image file identified as video000000(3).mp4, a video approximately 7 seconds in duration depicting an what appears to be an adult hand rubbing the exposed penis of a prepubescent child; using a means or facility of interstate commerce by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

Date: April 27, 2022

*John F. Docherty*
*Issuing officer's signature*

City and State:  St. Paul, MN

John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*