IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:    22-mj-357 JFD |
| | ) | Date:    April 28, 2022 |
| Rachelle Ann Raab, | ) | Video Conference |
| | ) | Time Commenced:   1:18 p.m. |
| Defendant, | ) | Time Concluded:   1:29 p.m. |
| | ) | Time in Court:   11 minutes |

APPEARANCES:

Plaintiff: Laura Provinzino, Assistant U.S. Attorney
Defendant: Manny Atwal and Robert Meyers, Assistant Federal Public Defender
     X FPD          X To be appointed

Date Charges Filed: 4/27/2022     Offense: production of child pornography; distribution of child pornography

X Advised of Rights

on     X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered


Next appearance date is May 2, 2022 at 2:00 p.m. via video conference before U.S. Magistrate Judge TBD for:
   X Detention hrg       X Preliminary hrg

X Government moves to unseal the complaint and arrest warrant only.          X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                    s/SAE
                                                      Signature of Courtroom Deputy